UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOCELYN PIERRE,<br><br>Plaintiff,<br>v.<br><br>NEW CARROLL GROCERY & DELI CORP., and 571 HENRY STREET LLC,<br><br>Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Civil Case No.: 1:24-cv-05902[HG][TAM] |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Jocelyn Pierre and Defendants 571 Henry Street LLC, and New Carroll Grocery & Deli Corp. by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees, except as otherwise privately agreed between the parties.

Dated: New York, New York
December 20, 2024

**THE MARKS LAW FIRM, P.C.**

By:________________ 1/30/25
Darren R. Marks, Esq.
155 East 55th Street, Suite 4H
New York, NY 10022
Telephone: (646) 960-7820
Email: darren@markslawpc.com
*Attorneys for Plaintiff Jocelyn Pierre*

**ROSEN LAW LLC**

By:________________
Gary Rosen, Esq.
216 Lakeville Road
Great Neck, NY 11020
Tel: 516-437-3400
Email: grosen@rosenlawllc.com
*Attorneys for 571 Henry Street LLC*

**SEO LAW GROUP, PLLC**

By:________________
Jiaxin Na, Esq.
136-68 Roosevelt Avenue, Suite 726
Flushing, NY 11354
Tel: 718-500-3340
Email: jiaxin@seolawgroup.com
*Attorneys for New Carroll Grocery & Deli Corp.*